IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY W. WOOD,                              No.  CIV.S-04-1234 DAD

      Plaintiff,

                                  ORDER

   v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

      Plaintiff having responded to the court's order to show cause and filed the required motion for summary judgment and/or remand, the order to show cause filed March 30, 2005, is hereby discharged.  This matter will proceed according to the terms of the court's scheduling order.

DATED: April 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.socsec/wood1234.discharge